IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVE G. ORMSBY,

    Plaintiff,

      v.

                        CIVIL ACTION FILE
                        NO. 1:15-CV-1381-TWT

BANK OF AMERICA, N.A.,

    Defendant.

**ORDER**

      This is an action for wrongful foreclosure.  It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 4] as moot.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 4] is DENIED as moot.

      SO ORDERED, this 8 day of February, 2016.

                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge